12-2328-bk (L)
*In re: Lehman Brothers Holdings, Inc.*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand fifteen.

PRESENT:   PETER W. HALL,
                       RALPH K. WINTER,
                       GERARD E. LYNCH,
                                   *Circuit Judges*.

_____

IN THE MATTER OF: LEHMAN BROTHERS HOLDINGS INC.

                       *Debtor*.

_____

BARCLAYS CAPITAL INC., BARCLAYS BANK PLC,

                       *Appellees-Cross-Appellants*,

            v.                                                            Nos. 12-2328-bk (L);
                                                                                    12-2657-bk (XAP)

JAMES W. GIDDENS, as Trustee for the SIPA Liquidation of Lehman
Brothers Inc.,

                       *Appellant-Cross-Appellee*,

            and

1

SECURITIES AND EXCHANGE COMMISSION, SECURITIES INVESTOR PROTECTION CORPORATION, Statutory Intervenors pursuant to Securities Investor Protection Act, 15 U.S.C. § 78eee(c)&(d),

*Intervenors*.

_____

WILLIAM R. MAGUIRE (Seth D. Rothman, Neil J. Oxford, Samuel C. McCoubrey, William R. Stein, Hughes Hubbard & Reed LLP, New York, NY, Kenneth E. Lee & Scott B. Klugman, Levine Lee LLP, New York, NY, on the brief) Hughes Hubbard & Reed LLP, New York, NY, for Appellant-Crosss-Appellee.

DAVID BOIES (Jonathan D. Schiller, Boies, Schiller & Flexner LLP, New York, NY, Hamish P.M. Hume & Jonathan M. Shaw, Boies, Schiller & Flexner LLP, Washington, DC, on the brief) Boies, Schiller & Flexner LLP, New York, NY, for Appellees-Cross-Appellants.

KENNETH J. CAPUTO (Josephine Wang, on the brief) Securities Investor Protection Corporation, Washington, DC, for Intervenor Securities Investor Protection Corporation.

Tracey A. Hardin, Mark Pennington, and Benjamin M. Vetter, Securities and Exchange Commission, Washington, DC, for Intervenor Securities and Exchange Commission.

Sigmund S. Wissner-Gross, Brown Rudnick LLP, New York, NY, Steven D. Pohl, Brown Rudnick LLP, Boston, MA, for Amicus Curiae Managed Funds Association.

_____

For the reasons stated in our opinion in *In re Lehman Bros. Holdings, Inc.*, 761 F.3d 303 (2013),

the judgment of the district court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk